```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
                              )
WEBPRO, INC.,                 )
                              )
        Plaintiff,            )
                              )
           v.                 )
                              )
JILL SCHNEIDER PETROU and     )    07 Civ. 4699 (LMM)
ARTHUR PETROU,                )
                              )
        Defendants.           )    JURY TRIAL DEMANDED
_____)
```

### FED. R. CIV. P. 7.1(a) DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 (formerly Local Rule 1.9), and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Webpro, Inc. certifies that plaintiff corporation does not have a parent corporation and that no publicly held corporation owns any of the stock of the plaintiff corporation.

Dated:   New York, New York
         August 29, 2007

                                    Respectfully submitted,

                                    _____
                                    Roger J. Bernstein (RB 9501)
                                    331 Madison Avenue, 15th Floor
                                    New York, New York 10017
                                    Tel: (212) 338-9188

                                    Attorney for Plaintiff