

ROGER J. BERNSTEIN
ATTORNEY AT LAW
535 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10017

TELEPHONE: (212) 338-9188
TELECOPIER: (212) 338-9102

E-MAIL: RJBLAW@AOL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/5/07

July 3, 2007

The Hon. Andrew J. Peck
United States District Court for the
Southern District of New York
500 Pearl Street, Room 1370
New York, NY 10007

MEMO ENDORSED

Re: Webpro, Inc. v. Petrou
07 Civ. 4699 (LMM)

Dear Magistrate-Judge Peck:

This is to advise the Court that both defendants were served on June 12, 2007 by leaving a copy of the summons and complaint at their usual place of abode (their apartment building) with a person of suitable age and discretion. In addition, though not required under federal law, copies were also served by mail on June 18, 2007 in accordance with New York State law. The affidavits of service have been mailed to the Clerk for filing (since they cannot be electronically filed) and copies are enclosed herewith. Accordingly, plaintiff requests that the Court schedule a pretrial status conference.

A copy of the Court's Individual Practices and June 13, 2007 order have been mailed to defendants with a copy of this letter.

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

Respectfully submitted,

Roger J. Bernstein

cc. Arthur Petrou and Jill Schneider Petrou
(By First-Class mail, w/ encls.)

BY FAX

** Transmit Confirmation Report **

P.1
HON ANDREW J PECK SDNY Fax:212-805-7933

Jul 5 2007 03:11pm

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 912123389102 | Normal | 05,03:10pm | 1'12" | 2 | O K | |

# FAX TRANSMITTAL SHEET

**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

**Dated:** July 5, 2007 **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Roger J. Bernstein, Esq. | 212-338-9102 |
| | |
| | |

## TRANSCRIPTION:

**MEMO ENDORSED 7/5/07**

1. The Court will schedule the IPTC once counsel appear for defendants. If defendants do not timely respond to the complaint, plaintiff should move for a default judgment.
2. Plaintiff's counsel is to serve this Order on defendants, by mail, and file proof of service with the Clerk of Court.

Copy to: Judge Lawrence M. McKenna