```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
                              )
WEBPRO, INC.,                 )
                              )
        Plaintiff,            )
                              )
           v.                 )
                              )
JILL SCHNEIDER PETROU and     )    Case No. 07 Civ. 4699 (LMM)
ARTHUR PETROU,                )
                              )
        Defendants.           )
_____)
```

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Court's July 5, 2007 order (copy attached) was served on July 5, 2007, by first-class mail, postage prepaid, addressed as follows:

        Jill Schneider Petrou
        112 E. 83rd Street
        New York, NY 10028-0880

        Arthur Petrou
        112 E. 83rd Street
        New York, NY 10028-0880

Dated:    New York, New York
            July 11, 2007

                                                        Roger J. Bernstein (RB 9501)
                                                         331 Madison Avenue, 15th Floor
                                                          New York, New York 10017
                                                          Tel: (212) 338-9188

                                                          Attorney for Plaintiff