# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:  July 5, 2007                                Total Number of Pages:  2

| TO | FAX NUMBER |
|---|---|
| Roger J. Bernstein, Esq. | 212-338-9102 |
|  |  |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 7/5/07**

1. The Court will schedule the IPTC once counsel appear for defendants. If defendants do not timely respond to the complaint, plaintiff should move for a default judgment.
2. Plaintiff's counsel is to serve this Order on defendants, by mail, and file proof of service with the Clerk of Court.

Copy to:   Judge Lawrence M. McKenna