

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

WEBPRO, INC.,                                        :

          Plaintiff,                           :           07 Civ. 4699 (LMM) (AJP)

      -against-                                  :           **ORDER**

JILL SCHNEIDER PETROU                                :
& ARTHUR PETROU,
                                                     :
          Defendants.
                                                     :
------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

      Unless defendants respond to the complaint before that time, plaintiff is to move for a default judgment by August 10, 2007. If plaintiff does not do so, the Court will recommend dismissal of the complaint for failure to prosecute and failure to obey court orders.

      SO ORDERED.

Dated:     New York, New York
           July 27, 2007

                                        Andrew J. Peck
                                      United States Magistrate Judge

Copies **by fax & ECF** to:    Roger J. Bernstein, Esq.
                                   Howard B. Prossnitz, Esq.
                                   Judge Lawrence M. McKenna

C:\OPIN\