**HOLLAND & KNIGHT LLP**
195 Broadway
New York, New York 10007
Telephone: (212) 513-3200
Facsimile: (212) 385-9010

*Attorneys for Defendant Jill Schneider Petrou*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ------------------------------------------------------------x : | |
| WEBPRO, INC., : | ECF CASE |
| : | |
| : | 07 Civ. 4699 (LMM) (AJP) |
| Plaintiff, : | |
| : | |
| -against- : | |
| : | |
| JILL SCHNEIDER PETROU : | |
| & ARTHUR PETROU, : | |
| : | |
| Defendants. : | |
| ------------------------------------------------------------x | |

**NOTICE OF APPEARANCE FOR**
**DEFENDANT JILL SCHNEIDER PETROU**

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as counsel for the defendant, Jill Schneider Petrou, in this proceeding and request that all notices, motions, pleadings, discovery and other correspondence given or required to be given in this case, and served upon:

> Holland & Knight LLP
> 195 Broadway
> New York, New York 10007
> Attn: Sandra E. Mayerson, Esq.
> Telephone: (212) 513-3200
> Facsimile: (212) 385-9010
> Email: Sandra.Mayerson@hklaw.com

The undersigned was admitted to practice in this District in 1997.

Dated: August 8, 2007
New York, New York

**HOLLAND & KNIGHT LLP**

 /s/Sandra Mayerson
Sandra E. Mayerson (SEM 8119)
195 Broadway
New York, New York  10007
Telephone:  (212) 513-3200
Facsimile:   (212) 385-9010

*Attorneys for Defendant Jill Schneider Petrou*

# 4719940_v1