UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WEBPRO, INC.,                                              :

          Plaintiff,                                  :       07 Civ. 4699 (LMM) (AJP)

         -against-                                       :       <u>RULE 16 SCHEDULING ORDER</u>

JILL SCHNEIDER PETROU & ARTHUR PETROU,      :

          Defendants.                              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ANDREW J. PECK, United States Magistrate Judge:**

       Pursuant to Rule 16, Fed. R. Civ. P., IT IS HEREBY ORDERED THAT:

       1.     The time for defendant Jill Schneider Petrou to answer the complaint is extended to September 10, 2007.

       2.     All fact and expert discovery must be completed by December 5, 2007. Expert reports must be served by November 5, 2007. Mandatory initial disclosure pursuant to Rule 26(a)(1), Fed. R. Civ. P., is due by September 10, 2007. The parties shall discuss any issues with respect to electronic discovery before the next court conference.

       3.     Each party will notify this Court by December 7, 2007 as to whether it intends to move for summary judgment. Summary judgment motions must be filed by January 4, 2008, and must comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned.

       4.     The parties are to submit a joint proposed pretrial order, in conformance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules

C:\ORD\16RULES

2

of the District Judge to whom this case is assigned, by January 4, 2008 if neither party is moving for summary judgment, or 30 days after decision on the summary judgment motion. The case will be considered trial ready on 24-hours notice after the pretrial order has been submitted.

     5.    A status conference will be held before the undersigned on September 10, 2007 at 11:00 a.m. in Courtroom 20D (500 Pearl Street).

     6.    The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

SO ORDERED.

DATED:    New York, New York
              August 10, 2007

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:    Roger J. Bernstein, Esq.
                              Howard B. Prossnitz, Esq.
                              Sandra E. Mayerson, Esq.
                              Barbara R. Parlin, Esq.
                              Judge Lawrence M. McKenna