# BROSIUS TRASK LLP

MARTHA J. BROSIUS
MATTHEW P. TRASK

THE GRAYBAR BUILDING
420 LEXINGTON AVENUE, SUITE 280
NEW YORK, NEW YORK 10170

212.661.0065

DIRECT EMAIL:
MBROSIUS@BROSIUSTRASK.COM



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/13/07

August 10, 2007

**VIA FACSIMILE**

RECEIVED
AUG 10 2007
CHAMBERS OF
ANDREW J. PECK

Hon. Andrew J. Peck
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, New York 10007

Re:  Webpro, Inc. v. Jill Schneider-Petrou and Arthur Petrou
     Case No. 07-CIV-4699 (LLM) (AJP), U.S. District Court, S.D.N.Y.

Dear Judge Peck:

Please be advised that this firm has been retained today, August 10, 2007, to represent Mr. Arthur Petrou, defendant in the above-named case. We shall be filing a notice of appearance promptly, and under separate cover.

It has come to our attention that on July 5, 2007, Your Honor directed counsel for Webpro, Inc. to move for Judgment on Default against Mr. Petrou no later than today, August 10, 2007. As we have just been retained by defendant Arthur Petrou, we respectfully request that, despite the Court's direction regarding plaintiff's motion for Judgment on Default, Your Honor grant the undersigned defendant Arthur Petrou additional time to investigate plaintiff's allegations, prepare our responsive pleadings, and/or move with respect to plaintiff's Complaint. We respectfully request that the Court therefore extend defendant Arthur Petrou's time to answer to September 10, 2007.

In light of the fact that we have only just been retained by Mr. Petrou, and as the Court graciously granted a similar extension of time to co-defendant Dr. Jill Schneider Petrou under nearly identical circumstances, we would sincerely appreciate the Court's willingness to grant the requested extension until September 10, 2007 in order to answer plaintiff's Complaint.

**MEMO ENDORSED** 8/13/07

The time for Δ Arthur Petrou to answer the complaint (and not to move) is extended to 9/10/07. Counsel to further confer re: settlement [illegible handwritten notes]

Very truly yours,

Martha J. Brosius

**BY FAX**

SO ORDERED
Hon. Andrew Jay Peck
United States Magistrate Judge

Hon. Andrew J. Peck
August 10, 2007
Page 2

cc: Roger Bernstein (rjrlaw@aol.com)
Howard B. Prossnitz (howard@prossnitzlaw.com)
Mr. Arthur Petrou
Dr. Jill Schneider Petrou

B|T

# FAX TRANSMITTAL SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:         (212) 805-7933
Telephone No.:   (212) 805-0036

Dated:  **August 13, 2007**                                   Total Number of Pages: **3**

| TO | FAX NUMBER |
|---|---|
| Roger J. Bernstein, Esq. | 212-338-9102 |
| Howard B. Prossnitz, Esq. | 312-960-1804 |
| Sandra E. Mayerson, Esq.<br>Barbara R. Parlin, Esq. | 212-385-9010 |
| Martha J. Brosius, Esq. | 212-661-0601 |

# TRANSCRIPTION:

**MEMO ENDORSED 8/13/07**

The time for defendant Arthur Petrou to answer the complaint (but not to move) is extended to 9/10/07. Counsel is to follow the scheduling order previously entered in this case.

Copy to:    Judge Lawrence M. McKenna