UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

WEBPRO, INC.,                              :

           Plaintiff,            :

          -against-                :

JILL SCHNEIDER PETROU                      :
& ARTHUR PETROU,
                                  :
          Defendants.
                                  :
------------------------------------- x



07 Civ. 4699 (LMM) (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that any party may reinstate the action within 15 days hereof if the settlement is not fully effectuated. All pending motions are denied as moot, and the previously scheduled September 10, 2007 conference is cancelled.

      SO ORDERED.

DATED:    New York, New York
              September 7, 2007

                                        Andrew J. Peck
                                        United States Magistrate Judge

Copies **by fax & ECF** to:    Roger J. Bernstein, Esq.
                                   Howard B. Prossnitz, Esq.
                                   Sandra E. Mayerson, Esq.

C:\ORD\Dismiss.AJP

# Holland & Knight

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com


RECEIVED SEP 7 2007 CHAMBERS OF ANDREW J PECK

Sandra E. Mayerson
212 513 3250
sandra.mayerson@hklaw.com

September 7, 2007

**BY FACSIMILE**

Hon. Judge Andrew J. Peck
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, NY 10007

Re: <u>Webpro, Inc., v. Jill Schneider-Petrou and Arthur Petrou</u>, Case no. 07-CIV-4699 (LMM) (AJP), U.S. District Court, S.D.N.Y.

Dear Judge Peck:

We represent defendant Jill Schneider-Petrou in the above-referenced action.

I am pleased to report that all of the parties have reached a settlement in principle, subject to written documentation. The settlement will result in dismissal of the case. We understand from your clerk that, under the circumstances, the status conference scheduled to take place before you on Monday, September 10, 2007, at 11:00 am is not necessary, nor will the defendants file answers otherwise due on that date. The parties will submit the signed settlement documents to you as soon as they are available. We understand that the opportunity to plead and the status conference will be rescheduled if the parties fail to submit either a written settlement agreement or a statement concerning our progress to Your Honor within two weeks from today.

Respectfully submitted,

Sandra E. Mayerson

cc: Roger Bernstein, Esq. (rjhlaw@aol.com)
Howard B. Prossnitz, Esq. (howard@prossnitzlaw.com)
Martha J. Brosius, Esq. (mbrosius@brosiustrask.com)
Dr. Jill Schneider-Petrou
Mr. Arthur Petrou

# 4779686_v1