BROSIUS TRASK LLP
420 Lexington Avenue, Suite 2800
New York, New York 10170
Telephone: (212) 661-0065
Facsimile: (212) 661-0601

*Attorneys for Defendant Arthur Petrou*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────────X

WEBPRO, INC.

                    Plaintiff,

        -against-                           ECF CASE

                                              07 Civ. 4699 (LMM) (AJP)

JILL SCHNEIDER PETROU and
ARTHUR PETROU,

                    Defendants.
──────────────────────────────────X

## NOTICE OF APPEARANCE FOR
## <u>DEFENANT ARTHUR PETROU</u>

     PLEASE TAKE NOTICE that the undersigned attorney hereby appears as counsel for the defendant, ARTHUR PETROU, in this proceeding and requests that all notices, motions, pleadings, discovery and other correspondence given or required to be given in this case, and served upon:

        Brosius Trask LLP
        420 Lexington Avenue, Suite 2800
        New York, New York 10170
        Attn: Martha J. Brosius, Esq.
        Telephone: (212) 661-0065
        Facsimile: (212) 661-0601
        Email: mbrosius@brosiustrask.com

The undersigned was admitted to practice in the Southern District of New York in 2007.

Dated:  September 7, 2007
         New York, New York

                                  BROSIUS TRASK LLP

                   By:    /s/ Martha J. Brosius
                             Martha J. Brosius (MB 3693)
                             420 Lexington Avenue, Suite 2800
                             New York, New York 10170
                             Telephone: (212) 661-0065
                             Facsimile: (212) 661-0601

                             *Attorneys for Defendant Arthur Petrou*