# Holland + Knight

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com

Sandra E. Mayerson
212 513 3250
sandra.mayerson@hklaw.com

**RECEIVED SEP 24 2007 CHAMBERS OF ANDREW J. PECK**

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 9/24/07**

September 24, 2007

**MEMO ENDORSED** 9/24/03

*Approved.*

**BY FACSIMILE**

**BY FAX**

Hon. Judge Andrew J. Peck
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, NY 10007

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

Re: <u>Webpro, Inc., v. Jill Schneider-Petrou and Arthur Petrou,</u> Case no. 07-CIV-4699 (LMM) (AJP), U.S. District Court, S.D.N.Y.

Dear Judge Peck:

We represent defendant Jill Schneider-Petrou in the above-referenced action.

I write to report to you as to our progress in documenting the settlement of this action. The parties remain committed to the settlement in principle that we reached two weeks ago. However, given the recent High Holy Days and various scheduling conflicts, we have not yet finalized a written settlement agreement. We have scheduled a conference call for this afternoon to discuss the remaining details and I expect that we will be prepared to submit a final form of settlement agreement to Your Honor by the middle of next week. To that end, on behalf of all the parties, I respectfully request that Your Honor allow the parties until next Wednesday, October 3, 2007, to submit written documentation of the settlement.

Respectfully submitted,

Sandra E. Mayerson

cc: Roger Bernstein, Esq. (rjblaw@aol.com)
Howard B. Prossnitz, Esq. (howard@prossnitzlaw.com)
Martha J. Brosius, Esq. (mbrosius@brosiustrask.com)
Dr. Jill Schneider-Petrou
Mr. Arthur Petrou

# 4813378_v1

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated:** **September 24, 2007**                    **Total Number of Pages:** **2**

| TO | FAX NUMBER |
|---|---|
| Roger J. Bernstein, Esq. | 212-732-1339 |
| Howard B. Prossnitz, Esq. | 312-960-1804 |
| Sandra E. Mayerson, Esq. | 212-385-9010 |
| Martha J. Brosius, Esq. | 212-661-0601 |

# TRANSCRIPTION:

**MEMO ENDORSED 9/24/03**

Approved.


Copy to:    Judge Lawrence M. McKenna