
# Holland & Knight

Tel 212 513 3200

Holland & Knight LLP
175 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com

James E. Mayerson
212 513 3250
james.mayerson@hklaw.com

RECEIVED OCT -3 2007 CHAMBERS OF ANDREW J PECK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07

October 3, 2007

**MEMO ENDORSED** 10/3/07

Parties' time to file settlement documents extended to 10/17. Get it done!

SO ORDERED:

Hon. Andrew J. Peck
United States Magistrate Judge

BY FAX

**BY FACSIMILE**

Hon. Judge Andrew J. Peck
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, NY 10007

    Re:    <u>Webpro, Inc., v. Jill Schneider-Petrou and Arthur Petrou</u>,
           Case no. 07-CIV-4699 (LMM) (AJP), U.S. District Court, S.D.N.Y.

Dear Judge Peck:

    Our firms serves as counsel to Jill Schneider Petrou in the above-captioned matter. As you know, the parties intended to file executed settlement documents with the Court today. While the documents are in substantially final form, we are unable to execute them today. The parties found out yesterday that the plaintiff has been sold, and we need to trace through the ownership of the cause of action to ensure that the proper parties are executing the settlement agreement. In addition, we have just learned that there is a second mortgage on the property that is the subject of the complaint which mortgage was previously unknown to the parties. Both of these matters will required some technical amendments to the settlement documents. We hope to analyze the information and make the necessary technical changes over the next few days. We, therefore, beg your indulgence in granting us additional time in which to file the executed settlement documents with the Court.

Hon. Andrew J. Peck
August 7, 2007
Page 2

      Please be advised that all the parties to the litigation are aware that I am sending this letter and endorse this request. We all apologize for any inconvenience to the Court.

Very truly yours,

*Sandra E. Mayerson*

Sandra E. Mayerson

SEM/cmh

cc:   Roger Bernstein (rjblaw@aol.com)
      Howard B. Prossnitz (howard@prossnitzlaw.com)
      Dr. Jill Schneider Petrou
      Mr. Arthur Petrou
      Martha Brosius mbrosius@brosiustrask.com

# 4833665_v1

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:   (212) 805-7933
Telephone No.:   (212) 805-0036

**Dated:** October 3, 2007                              **Total Number of Pages:** 3

| TO | FAX NUMBER |
|---|---|
| Roger J. Bernstein, Esq. | 212-732-1339 |
| Howard B. Prossnitz, Esq. | 312-960-1804 |
| Sandra E. Mayerson, Esq. | 212-385-9010 |
| Martha J. Brosius, Esq. | 212-661-0601 |

# TRANSCRIPTION:

**MEMO ENDORSED 10/3/07**

Parties' time to reopen the dismissal extended to **10/17**. Get it done!


**Copy to:**   Judge Lawrence M. McKenna